**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDREW ELIA, | |
| Plaintiffs, | CIVIL ACTION NO. 3:11-CV-466 |
| v. | (JUDGE CAPUTO) |
| ROBERT J. POWELL, MICHAEL T. CONAHAN, MARK A. CIAVARELLA, PA CHILD CARE, LLC, WESTERN PA CHILD CARE LLC, ROBERT K. MERICLE, MERICLE CONSTRUCTION, INC., PINNACLE GROUP OF JUPITER, LLC, BEVERAGE MARKETING OF PA, INC., VISION HOLDINGS, LLC, MID ATLANTIC YOUTH SERVICES CORP, and PERSEUS HOUSE, INC. d/b/a ANDROMEDA HOUSE, | |
| Defendants. | |

## ORDER

**NOW**, this ___21st___ day of March, 2012, **IT IS HEREBY ORDERED** that the Court's order dated February 27, 2012 (Doc. 46) is **VACATED in part** to the extent it dismissed Plaintiff's § 1983, civil conspiracy, and false imprisonment claims.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge