**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDREW ELIA,<br><br>   Plaintiffs,<br><br>   v.<br><br>ROBERT J. POWELL, MICHAEL T. CONAHAN, MARK A. CIAVARELLA, PA CHILD CARE, LLC, WESTERN PA CHILD CARE LLC, ROBERT K. MERICLE, MERICLE CONSTRUCTION, INC., PINNACLE GROUP OF JUPITER, LLC, BEVERAGE MARKETING OF PA, INC., VISION HOLDINGS, LLC, MID ATLANTIC YOUTH SERVICES CORP, and PERSEUS HOUSE, INC. d/b/a ANDROMEDA HOUSE,<br><br>   Defendants. | CIVIL ACTION NO. 3:11-CV-466<br><br>(JUDGE CAPUTO) |

**ORDER**

**NOW**, this   21st   day of March, 2012, **IT IS HEREBY ORDERED** that the Court's order dated February 27, 2012 (Doc. 46) is **VACATED in part** to the extent it dismissed Plaintiff's § 1983, civil conspiracy, and false imprisonment claims.

                                                                                         /s/ A. Richard Caputo
                                                                                         A. Richard Caputo
                                                                                         United States District Judge